# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Angela Jacquelyn Tomassoni,<br><br>　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Jeffrey J. Keyes, 6A<br>U.S. Magistrate Judge<br><br>Case No:　　　CR 10-107 DWF/RLE<br>Date:　　　　　May 3, 2010<br>Time Commenced:　2:11 p.m.<br>Time Concluded:　2:13 p.m.<br>Time in Court:　2 minutes |

APPEARANCES:

　　Plaintiff:　　Erika Mozangue, Assistant U.S. Attorney

　　Defendant(s):　Reggie Aligada,　　☒ FPD　☒ Appointed

☒ Reading of Indictment Waived　　☒ Not Guilty Plea Entered

☒ Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/Joan Flood*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Criminal Duty Clerk